IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHAPARRAL TEXAS, L.P., | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. H-06-2468 |
| | § |
| W. DALE MORRIS, INC., *et al.,* | § |
| | § |
| Defendants. | § |

**FINAL JUDGMENT**

For the reasons stated in this court's memoranda and opinions, it is ordered that the plaintiff, Chaparral Texas, L.P., recover from defendants W. Dale Morris, Inc. and Paul R. Galloway, Jr., damages in the amount of $10,709.85 and prejudgment interest at the annual rate of 7.75% from May 14, 2005 to the date of this judgment.

The counterclaims filed by W. Dale Morris, Inc. and Paul R. Galloway, Jr. against Chaparral Texas, L.P. are dismissed with prejudice. W. Dale Morris, Inc. and Paul R. Galloway, Jr. take nothing from Chaparral Texas, L.P.

This is a final judgment.

SIGNED on August 28, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge